Marek P. Bute
Nevada Bar No. 9989
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: mbute@swlaw.com

Becca J. Wahlquist (*pro hac vice* pending)
SNELL & WILMER L.L.P.
350 South Grand Ave #2600
Los Angeles, CA 90071-3406
Tel: (213) 929-2544
Email: mbute@swlaw.com

*Attorneys for Defendant Credit One Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUAN MORENO, individually and on behalf of all others similarly situated,,<br><br>    Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.,<br><br>    Defendant. | Case No. 2:15-CV-02135-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO CLASS ACTION COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Credit One Bank, N.A ("Credit One"), by and through its counsel at the law firm of Snell & Wilmer L.L.P., and Plaintiff Juan Moreno ("Plaintiff"), by and through his counsel at the law firms of Shook & Stone, Chtd. and Grant & Eisenhofer, P.A., hereby stipulate as follows:

WHEREAS, Credit One was served with the Complaint and Summons in this action on December 9, 2015, making its response due on December 31, 2015;

WHEREAS, Credit One needs time to investigate the Complaint's allegations and confer with Plaintiff's counsel, and has only recently retained counsel to represent it in this action;

WHEREAS, the Parties agree that this Stipulation is not made for the purposes of delay, and Plaintiff has agreed to Credit One's request that it be given an additional thirty (30) days to respond to the Complaint, through February 1, 2016;

THEREFORE, the Parties hereby agree that Credit One shall have until February 1, 2016 to file a responsive pleading to Plaintiff's Complaint, and that any such pleading filed by that date shall be deemed timely.

By entering into this stipulation, Credit One does not waive any of its defenses or objections to the lawsuit, except that Credit One waives any objections to service of process of the Complaint.

Dated this 23rd day of December, 2015.

SNELL & WILMER L.L.P.

By: */s/Marek P. Bute*
   Marek P. Bute
   Nevada Bar No. 9989
   3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV  89169

   Becca J. Wahlquist (*pro hac vice* pending)
   SNELL & WILMER L.L.P.
   350 South Grand Ave #2600
   Los Angeles, CA  90071-3406
   Tel: (213) 929-2544

*Attorneys for Defendant*
*Credit One Bank, N.A.*

Dated this 23rd day of December, 2015.

SHOOK & STONE, CHTD.

By:  */s/Leonard H. Stone*_____
   Leonard H. Stone
   Nevada Bar No. 5791
   710 South Fourth Street
   Las Vegas, Nevada 89101
   Tel: (702) 385-2220

   Adam J. Levitt (*pro hac vice* pending)
   Diane Zilka (*pro hac vice* pending*)*
   Kyle J. McGee (*pro hac vice* pending)
   GRANT & EISENHOFER P.A.
   30 North LaSalle Street, Suite 2350
   Chicago, Illinois 60602
   Tel: (312) 214-0000
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED** that Defendant Credit One Bank, N.A. shall have until February 1, 2016 to file a responsive pleading to Plaintiff's Class Action Complaint in the above-captioned matter.

DATED this __5__ day of ___January___ 201_16_.

_____
UNITED STATES DISTRICT JUDGE

23182318

- 2 -