Marek P. Bute
Nevada Bar No. 9989
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada  89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email: mbute@swlaw.com

Becca J. Wahlquist (*pro hac vice*)
SNELL & WILMER L.L.P.
350 South Grand Ave #2600
Los Angeles, CA  90071-3406
Tel: (213) 929-2544
Email: mbute@swlaw.com

*Attorneys for Defendant Credit One Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN MORENO, individually and on behalf of all others similarly situated,,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.,<br><br>Defendant. | Case No. 2:15-CV-02135-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO CLASS ACTION COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant Credit One Bank, N.A ("Credit One"), by and through its counsel at the law firm of Snell & Wilmer L.L.P., and Plaintiff Juan Moreno ("Plaintiff"), by and through his counsel at the law firms of Shook & Stone, Chtd. and Grant & Eisenhofer, P.A., hereby stipulate as follows:

WHEREAS, Credit One was served with the Complaint and Summons in this action on December 9, 2015, with an original deadline to respond of December 31, 2015;

WHEREAS, the Parties agreed and the Court granted the stipulation to extend Credit One's response deadline to February 1, 2016 based on the need for additional time to investigate the Complaint's allegations and to confer with Plaintiff's counsel;

WHEREAS, the Parties are currently addressing various issues relating to the Complaint and need additional time to resolve certain matters before proceeding with this action;

WHEREAS, the Parties agree that this Stipulation is not made for the purposes of delay, and Plaintiff has agreed to Credit One's request that it be given an additional fifteen (15) days to respond to the Complaint, through February 16, 2016;

THEREFORE, the Parties hereby agree that Credit One shall have until February 16, 2016 to file a responsive pleading to Plaintiff's Complaint, and that any such pleading filed by that date shall be deemed timely.

By entering into this stipulation, Credit One does not waive any of its defenses or objections to the lawsuit, except that Credit One waives any objections to service of process of the Complaint.

Dated this 27th day of January, 2016.          Dated this 27th day of January, 2016.

SNELL & WILMER L.L.P.                          SHOOK & STONE, CHTD.

By: */s/Marek P. Bute*                         By: */s/Leonard H. Stone*
    Marek P. Bute                                  Leonard H. Stone
    Nevada Bar No. 9989                            Nevada Bar No. 5791
    3883 Howard Hughes Parkway, Suite 1100         710 South Fourth Street
    Las Vegas, NV 89169                            Las Vegas, Nevada 89101
                                                   Tel: (702) 385-2220
    Becca J. Wahlquist (*pro hac vice*)
    SNELL & WILMER L.L.P.                          Adam J. Levitt (*pro hac vice*)
    350 South Grand Ave #2600                      Diane Zilka (*pro hac vice*)
    Los Angeles, CA 90071-3406                     Kyle J. McGee (*pro hac vice*)
    Tel: (213) 929-2544                            GRANT & EISENHOFER P.A.
                                                   30 North LaSalle Street, Suite 2350
    *Attorneys for Defendant*                      Chicago, Illinois 60602
    *Credit One Bank, N.A.*                        Tel: (312) 214-0000
                                                   *Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED** that Defendant Credit One Bank, N.A. shall have until February 16, 2016 to file a responsive pleading to Plaintiff's Class Action Complaint in the above-captioned matter.

DATED this 5th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

23402213